UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKROCK ALLOCATION TARGET SHARES: SERIES S PORTFOLIO, et al., | Case No. 14-cv-9371-RMB |
| Plaintiffs, | **RULE 7.1 STATEMENT** |
| -against- | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | **JURY DEMAND** |
| Defendant, | |
| -and- | |
| the Trusts Identified in Exhibit 1, | |
| Nominal Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the following plaintiffs (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiffs Prudential Bank & Trust, FSB, Prudential Retirement Insurance and Annuity Company, Prudential Trust Company, The Gilbraltar Life Insurance Company, Ltd., and The Prudential Insurance Company of America are indirectly, wholly-owned subsidiaries of Prudential Financial Inc., a publicly held corporation.

Dated:  February 4, 2015

        BERNSTEIN LITOWITZ BERGER
          & GROSSMANN LLP

*/s/ Timothy A. DeLange*
TIMOTHY A. DeLANGE

BLAIR A. NICHOLAS (admitted *pro hac vice*)
TIMOTHY A. DELANGE (admitted *pro hac vice*)
BENJAMIN GALDSTON (admitted *pro hac vice*)
BRETT M. MIDDLETON (admitted *pro hac vice*)
DAVID R. KAPLAN (admitted *pro hac vice*)
LUCAS E. GILMORE (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
   -and-
JEROEN VAN KWAWEGEN (JV 1010)
JAI CHANDRASEKHAR (JC 3789)
1285 Avenue of the Americas, 38th Floor
New York, NY  10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Plaintiffs*