USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2017

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

BLACKROCK ALLOCATION TARGET
SHARES: SERIES S PORTFOLIO, et al.,

                  Plaintiffs,   14-CV-09371 (KPF)(SN)

    -against-   **OPINION & ORDER**

WELLS FARGO BANK, NATIONAL
ASSOCIATION,

                  Defendant.

------------------------------------------------------------------X
------------------------------------------------------------------X

ROYAL PARK INVESTMENTS SA/NV,

                  Plaintiff,   14-CV-09764 (KPF)(SN)

    -against-

WELLS FARGO BANK, N.A.,

                  Defendant.

------------------------------------------------------------------X
------------------------------------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION
BOARD,

                  Plaintiff,   14-CV-10067 (KPF)(SN)

    -against-

WELLS FARGO BANK, N.A.,

                  Defendant.

------------------------------------------------------------------X

------------------------------------------------------------------X

**PHOENIX LIGHT SF LTD. et al.,**

                            **Plaintiffs,**                14-CV-10102 (KPF)(SN)

                -against-

**WELLS FARGO BANK, N.A.,**

                            **Defendant.**

------------------------------------------------------------------X
------------------------------------------------------------------X

**COMMERZBANK A.G.,**

                            **Plaintiff,**                15-CV-10033 (KPF)(SN)

                -against-

**WELLS FARGO BANK, N.A.,**

                            **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has reviewed the parties' February 17, 2017 applications to file their respective submissions regarding the IMM Database in redacted form and finds the proposed redactions appropriate. Plaintiffs and Wells Fargo are hereby ORDERED to file redacted versions of their February 17, 2017 submissions on the public ECF docket.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:      New York, New York
                 March 9, 2017