**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLACKROCK ALLOCATION TARGET SHARES: SERIES S PORTFOLIO, *et al.*, <br><br> Plaintiffs, <br> v. <br> WELLS FARGO BANK, NATIONAL ASSOCIATION, <br><br> Defendant. | No. 1:14-cv-09371-KPF-SN |
| ROYAL PARK INVESTMENTS SA/NV, <br><br> Plaintiff, <br> v. <br> WELLS FARGO BANK, N.A., <br><br> Defendant. | No. 1:14-cv-09764-KPF-SN |
| PHOENIX LIGHT SF LIMITED, *et al.*, <br><br> Plaintiffs, <br> v. <br> WELLS FARGO BANK, N.A., <br><br> Defendant. | No. 1:14-cv-10102-KPF-SN |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, *et al.*, <br><br> Plaintiffs, <br> v. <br> WELLS FARGO BANK, N.A., <br><br> Defendant. | No. 1:14-cv-10067-KPF-SN |
| COMMERZBANK AG, <br><br> Plaintiff, <br> v. <br> WELLS FARGO BANK, N.A., <br><br> Defendant. | No. 1:15-cv-10033-KPF-SN |

**NOTICE OF COORDINATED PLAINTIFFS' RULE 72 OBJECTIONS**
**AND MOTION TO VACATE THE MAGISTRATE JUDGE'S**
**<u>OPINION AND ORDER CONCERNING SAMPLING</u>**

PLEASE TAKE NOTICE that Plaintiffs in the five above-captioned coordinated actions, namely, Blackrock Allocation Target Shares: Series S Portfolio, Royal Park Investments SA/NV, Phoenix Light SF Limited, National Credit Union Administration Board, as liquidating agent, Commerzbank AG, collectively "Coordinated Plaintiffs,'" relying upon (i) the Memorandum of Law in Support of Coordinated Plaintiffs' Rule 72 Objections and Motion to Vacate the Magistrate Judge's Opinion and Order Concerning Sampling; (ii) the Declaration of Scott K. Attaway and exhibits thereto; and (iii) all prior proceedings and matters of record in these cases, will move this Court before the Honorable Katherine Polk Failla, United States District Judge, Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, NY 10007, on a date to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 72:  (i) vacating the February 24, 2017 bottom-line Order and the March 10, 2017 Opinion and Order issued by the Honorable Sarah Netburn, United States Magistrate Judge, precluding plaintiffs from re-underwriting a sampling of loans for the purpose of proving liability or damages beyond the loans in the sample, as entered in each of these five actions,[1] (ii) holding that "discovery" as used in the operative agreements means constructive knowledge as set forth in Plaintiffs' Memorandum; and (iii) authorizing plaintiffs' proposed use of sampling to support their cases at trial.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's March 14, 2017 Order, Defendant shall file any opposition brief by April 28, 2017, and Plaintiffs shall file any reply brief by May 5, 2017.

---

[1] *Blackrock*, ECF Nos. 365 & 376, Case No. 1:14-09371-KPF-SN; *Royal Park*, ECF Nos. 260 & 273, Case No. 1:14-cv-09764-KPF-SN; *Phoenix Light*, ECF Nos. 271 & 282, Case No. 1:14-cv-10102-KPF-SN; *NCUA*, ECF Nos. 253 & 263, Case No. 1:14-cv-10067-KPF-SN; *Commerzbank*, ECF Nos. 188 & 204, Case No. 1:15-cv-10033-KPF-SN.

Oral argument is requested.  Plaintiffs will file a letter request pursuant to the Court's

Individual Rule 4.E in due course.

Dated: April 7, 2017

BERNSTEIN LITOWITZ BERGER &
  GROSSMAN LLP

/s/ Timothy A. DeLange
BLAIR A. NICHOLAS
TIMOTHY A. DeLANGE
BENJAMIN GALDSTON
RICHARD D. GLUCK
BRETT M. MIDDLETON
NIKI L. MENDOZA
LUCAS E. GILMORE
ROBERT S. TRISOTTO
  12481 High Bluff Drive, Suite 300
  San Diego, CA  92130
  Tel:    (858) 793-0070
  Fax:    (858) 793-0323

*Counsel for Plaintiffs BlackRock Allocation
Target Shares: Series S Portfolio, et al.*

WOLLMUTH MAHER & DEUTSCH LLP

/s/ Steven S. Fitzgerald
DAVID H. WOLLMUTH
STEVEN S. FITZGERALD
RANDALL R. RAINER
NIRAJ J. PAREKH
  500 Fifth Avenue
  New York, NY 10110
  Tel:    (212) 382-3300
  Fax:    (212) 382-0050

*Counsel for Plaintiffs Phoenix Light SF
Limited, et al.*

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP

/s/ Christopher M. Wood
CHRISTOPHER M. WOOD
  414 Union Street, Suite 900
  Nashville, TN 37219
  Tel:    (615) 244-2203
  Fax:    (615) 252-3798

*Counsel for Plaintiff Royal Park Investments
SA/NV*

WOLLMUTH MAHER & DEUTSCH LLP

/s/ Ryan A. Kane
DAVID H. WOLLMUTH
RYAN A. KANE
NIRAJ J. PAREKH
  500 Fifth Avenue
  New York, NY 10110
  Tel:    (212) 382-3300
  Fax:    (212) 382-0050

*Counsel for Plaintiff Commerzbank AG*

2

KOREIN TILLERY LLC
GEORGE A. ZELCS
JOHN A. LIBRA
MATTHEW C. DAVIES
MAX C. GIBBONS
  205 North Michigan Plaza, Suite 1950
  Chicago, IL 60601
  Tel:  (312) 641-9750
  Fax: (312) 641-9760
-and-
STEPHEN M. TILLERY
  505 North Seventh Street, Suite 3600
  St. Louis, MO 63101-1625
  Tel:    (314) 241-4844
  Fax:    (314) 241-3525
-and-

KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.

*/s/ Scott K. Attaway*
DAVID C. FREDERICK
SCOTT K. ATTAWAY
MATTHEW M. DUFFY
FREDERICK GASTON HALL
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
  Sumner Square
  1615 M Street, N.W.
  Suite 400
  Washington, DC 20036
  Tel:    (202) 326-7900
  Fax:    (202) 326-7999

*Counsel for Plaintiff NCUA Board, as
Liquidating Agent*

Pursuant to this Court's ECF Rule 8.5(b),
counsel for NCUA represents that counsel
for these Coordinated Plaintiffs have
consented to the placement of their
electronic signatures on this document.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing upon all counsel of record.

*/s/ Scott K. Attaway*
Scott K. Attaway