**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLACKROCK ALLOCATION TARGET SHARES: SERIES S PORTFOLIO, et al,<br>Plaintiffs,<br>-v-<br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br>Defendant. | Case No. 1:14-cv-09371(KPF)(SN) |
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br>Defendant/Third-Party Plaintiff<br>-v-<br>PGIM, INC. (f/k/a PRUDENTIAL INVESTMENT MANAGEMENT, INC.) AND PACIFIC INVESTMENT MANAGEMENT COMPANY LLC,<br>Third-Party Defendants. | **NOTICE OF MOTION TO DIMISS THE THIRD-PARTY COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order entered on September 6, 2017 (Dkt. No. 566), and upon the accompanying Memorandum of Law and all prior proceedings and matters of record, Third-Party Defendant PGIM, Inc. (f/k/a Prudential Investment Management, Inc.), by and through its undersigned counsel, will move the Court before the Honorable Katherine Polk Failla, United States District Judge, Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order Dismissing the Third-Party Complaint of Defendant/Third-Party Plaintiff Wells Fargo Bank, N.A. (Dkt. No. 448) with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

DATED: October 13, 2017

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ Zachary D. Rosenbaum
Zachary D. Rosenbaum
Reynold Lambert
1251 Avenue of the Americas
New York, New York 10020
Tel.: 212.262.6700
Fax: 212.262.7402
zrosenbaum@lowenstein.com
rlambert@lowenstein.com

*Attorneys for Third-Party Defendant PGIM, Inc. (f/k/a Prudential Investment Management, Inc.)*