UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

BLACKROCK ALLOCATION TARGET
SHARES: SERIES S PORTFOLIO, et al.,

                    Plaintiffs,

    vs.

WELLS FARGO BANK, N.A.,

                    Defendant.

:  Civil Action No. 1:14-cv-09371-KPF-SN
:
:  <u>CLASS ACTION</u>
:
:
:
:
:
:
:
:
:

----------------------------------------------------------------

ROYAL PARK INVESTMENTS SA/NV,
Individually and on Behalf of All Others
Similarly Situated,

                    Plaintiff,

    vs.

WELLS FARGO BANK, N.A., as Trustee,

                    Defendant.

:  Civil Action No. 1:14-cv-09764-KPF-SN
:
:  <u>CLASS ACTION</u>
:
:
:
:
:
:
:
:
:

----------------------------------------------------------------

NATIONAL CREDIT UNION
ADMINISTRATION BOARD,

                    Plaintiff,

    vs.

WELLS FARGO BANK, N.A.,

                    Defendant.

:  Civil Action No. 1:14-cv-10067-KPF-SN
:
:
:
:
:
:
:
:
:
:
:

---------------------------------------------------------------- x

[Caption continued on following page.]


NOTICE OF PLAINTIFFS' RULE 72 OBJECTION AND MOTION TO VACATE THE
MAGISTRATE JUDGE'S ORDERS CONCERNING DEFENDANT WELLS FARGO BANK,
N.A.'S DISCOVERY AND KNOWLEDGE OF BREACHES

```
                                                    x
PHOENIX LIGHT SF LTD., et al.,                      :    Civil Action No. 1:14-cv-10102-KPF-SN
                                                    :
                          Plaintiffs,               :
                                                    :
            vs.                                     :
                                                    :
WELLS FARGO BANK, N.A.,                             :
                                                    :
                          Defendant.                :
                                                    :
COMMERZBANK AG,                                     :    Civil Action No. 1:15-cv-10033-KPF-SN
                                                    :
                          Plaintiff,                :
                                                    :
            vs.                                     :
                                                    :
WELLS FARGO BANK, N.A.,                             :
                                                    :
                          Defendant.                :
                                                    x
```

PLEASE TAKE NOTICE that plaintiffs in the five above-captioned actions, relying upon (a) the Memorandum of Law in Support of Plaintiffs' Rule 72 Objection and Motion to Vacate the Magistrate Judge's Orders Concerning Defendant Wells Fargo Bank, N.A.'s Discovery and Knowledge of Breaches; (b) the Declaration of Christopher M. Wood and exhibits thereto; and (c) all prior proceedings and matters of record in these cases, will move this Court before the Honorable Katherine Polk Failla, United States District Judge, Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 72 vacating (i) the December 18, 2017 Order and (ii) the January 2, 2018 Order issued by the Honorable Sarah Netburn, United States Magistrate Judge, as entered in each of these five actions.

Oral argument is requested. Plaintiffs will file a letter request pursuant to the Court's Individual Practices in Civil Cases Rule 4.E in due course.

DATED: January 16, 2018

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD


s/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
STEVEN W. PEPICH
LUCAS F. OLTS
DARRYL J. ALVARADO
HILLARY B. STAKEM
J. MARCO JANOSKI GRAY
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
stevep@rgrdlaw.com
lolts@rgrdlaw.com
dalvarado@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
jsanchez@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Attorneys for Plaintiff

DATED:  January 16, 2018                    BERNSTEIN LITOWITZ BERGER
                                                                             & GROSSMANN LLP
BLAIR A. NICHOLAS
TIMOTHY A. DeLANGE
BENJAMIN GALDSTON
RICHARD D. GLUCK
BRETT M. MIDDLETON
NIKI L. MENDOZA
LUCAS E. GILMORE
ROBERT S. TRISOTTO


                                     s/ BENJAMIN GALDSTON
                                      BENJAMIN GALDSTON

12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)

Attorneys for Plaintiffs BlackRock Balanced
Capital Portfolio (Fl), *et al*.

DATED:  January 16, 2018                    WOLLMUTH MAHER & DEUTSCH LLP
DAVID H. WOLLMUTH
STEVEN S. FITZGERALD
RANDALL R. RAINER
NIRAJ J. PAREKH


                                   s/ STEVEN S. FITZGERALD
                                      STEVEN S. FITZGERALD

500 Fifth Avenue
New York, NY  10110
Telephone:  212/382-3300
212/382-0050 (fax)

Attorneys for Plaintiffs Phoenix Light SF Limited,
*et al*.

DATED:  January 16, 2018

WOLLMUTH MAHER & DEUTSCH LLP
DAVID H. WOLLMUTH
RYAN A. KANE
NIRAJ J. PAREKH


s/ RYAN A. KANE
RYAN A. KANE

500 Fifth Avenue
New York, NY  10110
Telephone:  212/382-3300
212/382-0050 (fax)

Attorneys for Plaintiff Commerzbank AG

DATED:  January 16, 2018

KELLOGG HANSEN TODD FIGEL
  & FREDERICK, P.L.L.C.
DAVID C. FREDERICK
SCOTT K. ATTAWAY
MATTHEW M. DUFFY
FREDERICK GASTON HALL


s/ SCOTT K. ATTAWAY
SCOTT K. ATTAWAY

Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC  20036
Telephone:  202/326-7900
202/326-7999 (fax)

- 4 -

KOREIN TILLERY LLC
GEORGE A. ZELCS
JOHN A. LIBRA
MATTHEW C. DAVIES
MAX C. GIBBONS
205 North Michigan Plaza, Suite 1950
Chicago, IL  60601
Telephone:  312/641-9750
312/641/9760 (fax)
   - and -
STEPHEN M. TILLERY
505 North Seventh Street, Suite 3600
St. Louis, MO  63101-1625
Telephone:  314/241-4844
314/241-3525 (fax)

Attorneys for Plaintiff National Credit Union
Administration Board

- 5 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2018, I authorized the electronic filing of the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the registered participants.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on January 16, 2018.

s/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD

Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)

E-mail:  cwood@rgrdlaw.com