IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKROCK ALLOCATION TARGET SHARES: SERIES S PORTFOLIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | 14-CV-09371 (KPF)(SN) |

## STIPULATION AND [PROPOSED] ORDER
## FOR DISMISSAL WITH PREJUDICE

**WHEREAS**, on November 19, 2018, the parties reported to the Court that this case has been settled;

**WHEREAS**, on November 19, 2018, the Court entered the Order of Discontinuance, conditionally discontinuing the action;

**WHEREAS,** on May 6, 2019, the Supreme Court of the State of New York approved the parties' Settlement and entered the Order and Final Judgment;

**WHEREAS**, the time to appeal the Order and Final Judgment in the Supreme Court of the State of New York has expired;

**NOW, THEREFORE**, in consideration of the foregoing and the covenants set forth herein, the Parties hereby stipulate and agree as follows:

1. All Plaintiffs and Defendant (each a "Party") who have appeared in the above-specified action, including the third party action entitled *Wells Fargo Bank, National Association v. BlackRock Advisors, L.L.C.,* Case No. 14-cv-09371-KPF-SN (S.D.N.Y.) (the "Action"), by and

through their respective counsel of record, hereby stipulate to dismissal of the Action *with prejudice*. No Party shall seek from any other Party recovery of its costs or attorneys' fees.

Dated: September 16, 2019

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

_____
TIMOTHY A. DeLANGE

Timothy A. DeLange (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
timothyd@blbglaw.com

*Attorneys for BlackRock Plaintiffs*

JONES DAY

_____
JAYANT W. TAMBE   Howard Sidman

Jayant W. Tambe
Howard F. Sidman
250 Vesey Street
New York, New York 10281-1047
Tel: (212) 326-3939
jtambe@jonesday.com
hfsidman@jonesday.com
Jones Day
100 High Street, 21st Floor
Boston, MA 02110-1781
Tel: (617) 449-6900

*Attorneys for Defendant*
*Wells Fargo Bank N.A.*

SO ORDERED: _____
HON. KATHERINE POLK FAILLA